**DISMISS and Opinion Filed August 19, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00780-CV

**SAMUEL PETERS, Appellant**
**V.**
**AMERICAN EXPRESS NATIONAL BANK, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05333-B**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Before the Court is appellant's motion to dismiss the appeal. Appellant explains that he has settled his dispute with appellee. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

200780F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

SAMUEL PETERS, Appellant

No. 05-20-00780-CV      V.

AMERICAN EXPRESS
NATIONAL BANK, Appellee

On Appeal from the County Court at
Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-18-05333-
B.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee
AMERICAN EXPRESS NATIONAL BANK recover its costs of this appeal from
appellant SAMUEL PETERS.

Judgment entered August 19, 2021